IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CAMICO MUTUAL INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>McCOY FOAT & COMPANY, CPAs, P.C., an Oregon professional corporation; MARK FOAT, an individual; AMY PATE, an individual; ANTHONY PATE, an individual; FRED STOCKTON, an individual; and CHRISTY STOCKTON, an individual,<br><br>        Defendants. | No. 3:18-cv-00701-HZ<br><br><br><br><br><br>JUDGMENT |

HERNANDEZ, District Judge:

Based on the record, and the parties' stipulated motion for entry of judgment:

IT IS ORDERED AND ADJUDGED that this case is dismissed, with prejudice.

Dated this 20 day of Sept , 2019

_____
Marco A. Hernandez
United States District Judge

1 - JUDGMENT